| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kayatta, William J. | 2. Court or Organization<br><br>First Circuit | 3. Date of Report<br><br>1/23/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 1/23/2012<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Pierce Atwood LLP<br>Merrills Wharf<br>254 Commercial Street<br>Portland, ME 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Pierce Atwood LLP |
| 2. | Board Member | Pericles Foundation |
| 3. | Regent | American College of Trial Lawyers |
| 4. | Member | University of Maine Board of Visitors |
| 5. | Co-Trustee | Trust #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Pierce Atwood LLP (Partnership income)(close estimate; K-1 not yet available) | $870,000.00 |
| 2. | 2010 | Pierce Atwood LLP (Partnership income)(per K-1 and 1040, line 17) | $905,412.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 1/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 1/23/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Account #1 | | | | | Exempt | | | | |
| 2. | - iShares Russell 1000 Gr. Index | B | Dividend | M | T | | | | | |
| 3. | -iShares Russell 1000 Value Index | B | Dividend | M | T | | | | | |
| 4. | - iShares Russell 2000 Gr.. Index | A | Dividend | M | T | | | | | |
| 5. | - iShares MSCI Japan Index | A | Dividend | K | T | | | | | |
| 6. | - iShares Russell 2000 Index | B | Dividend | K | T | | | | | |
| 7. | - Vanguard Energy ETF | A | Dividend | K | T | | | | | |
| 8. | - Vanguard Inform.Tech. ETF | A | Dividend | J | T | | | | | |
| 9. | - iShares NASDAQ Biotech. Index | A | Dividend | J | T | | | | | |
| 10. | - John Hancock Tax-Advant. Div. Income Fund | D | Dividend | J | T | | | | | |
| 11. | - Fidelity Advisors New Insights Fund | | None | M | T | | | | | |
| 12. | - Invesco Van Kampen Senior Income Trust | D | Dividend | L | T | | | | | |
| 13. | - Oppenheimer Intern. Bond Fund | B | Dividend | L | T | | | | | |
| 14. | - Ivy Asset Strategy Fund | A | Dividend | L | T | | | | | |
| 15. | - MFS Intern. Value Fund | A | Dividend | L | T | | | | | |
| 16. | - BlackRock Global Small Cap Fund | A | Dividend | K | T | | | | | |
| 17. | - Invesco Van Kampen Comstock Fund | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,300

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BlackRock Basic Value Fund | A | Dividend | K | T | | | | | |
| 19. - Alger Mid Cap Growth Fund | | None | K | T | | | | | |
| 20. -Wells Fargo 7.5% Perp. Conv. Pfd. | D | Dividend | M | T | | | | | |
| 21. - Wells Fargo & Co. New SERJ 8% PEPP | D | Dividend | M | T | | | | | |
| 22. -JP Morgan Chase Common | A | Dividend | | | | | | | |
| 23. -General Electric Common | A | Dividend | | | | | | | |
| 24. -Duke Energy Corp New Common | A | Dividend | | | | | | | |
| 25. -Merrill Lynch Bank Deposit Program | A | Interest | N | T | | | | | |
| 26. - BIF Money Fund | A | Interest | K | T | | | | | |
| 27. 401(k) Account #1 | | | | | | | | | |
| 28. -CurrencyShares Jap. Yen Trust | | None | K | T | | | | | |
| 29. -iShares Gold Trust ETF | | None | L | T | | | | | |
| 30. -iShares Tr. G. Investop | A | Dividend | K | T | | | | | |
| 31. -iShares MSCI Hong Kong Index Fund | B | Dividend | L | T | | | | | |
| 32. -iShares Barlays 7-10 Yr. Treas. Bond Fund | A | Int./Div. | K | T | | | | | |
| 33. -iShares Barclays TIPS Bond Fund | D | Int./Div. | M | T | | | | | |
| 34. -PIMCO Enh. Short Term Maturity Strat. Fund | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 1/23/2012 |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -PIMCO 15+ Yr. U.S. TIPS Index Fund | B | Dividend | K | T | | | | | |
| 36. -PowerShares DB Commod. Index Tracking Fund | | None | L | T | | | | | |
| 37. -PowerShares QQQ Trust, Series 1 | A | Dividend | K | T | | | | | |
| 38. -SPDR Gold Trust ETF | | None | L | T | | | | | |
| 39. -Wisdom Tree Asia Local Debt | B | Int./Div. | K | T | | | | | |
| 40. -Vanguard Dividend Appreciation ETF | B | Dividend | M | T | | | | | |
| 41. -Vanguard MSCI EAFA ETF | B | Dividend | K | T | | | | | |
| 42. -Vanguard MSCI Emrging Markets ETF | B | Dividend | K | T | | | | | |
| 43. -Vanguard REIT ETF | C | Dividend | M | T | | | | | |
| 44. -Vanguard Total Stock Market ETF | C | Dividend | M | T | | | | | |
| 45. -Vanguard Bond Index Fund | D | Int./Div. | M | T | | | | | |
| 46. -SPDR S&P 500 | A | Dividend | | | | | | | |
| 47. -Wisdom Tree Emeging Market Local Debt Fund | B | Dividend | | | | | | | |
| 48. -Schwab Sweep Account | A | Interest | L | T | | | | | |
| 49. Pierce Atwood Capital Contribution Notes | E | Interest | O | U | | | | | |
| 50. Key Bank IRA (CD) | A | Interest | J | T | | | | | |
| 51. Bank of America Deposit Account | A | Interest | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kayatta, William J. | 1/23/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust #1 | | | | | | | | | |
| 53. -Fidelity Growth Company | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 313 | 121 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 2 | 817 | 002 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 132 | 000 |
| Real estate owned – personal residence | | 950 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 225 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Certificate of Deposit (IRA) | | 2 | 695 | | | | |
| Pierce Atwood Capital Contribution Notes | | 517 | 833 | | | | |
| | | | | Total liabilities | | 132 | 000 |
| | | | | Net Worth | 4 | 693 | 651 |
| Total Assets | 4 | 825 | 651 | Total liabilities and net worth | 4 | 825 | 651 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |